1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA
9
10  JULES BUCKLEY,                    )   No. EDCV 09-928 DOC (FFM)
                                      )
11                 Petitioner,        )   ORDER ACCEPTING FINDINGS,
                                      )   CONCLUSIONS AND
12          v.                        )   RECOMMENDATIONS OF
                                      )   UNITED STATES MAGISTRATE JUDGE
13  T. FELKER, Warden,                )
                                      )
14                 Respondent.        )
    _____   )
15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17  and files herein, and the Report and Recommendation of the United States Magistrate

18  Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19  with and accepts the findings, conclusions and recommendations of the Magistrate

20  Judge.

21          IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition

22  on the merits with prejudice.

23

24  DATED: March 29, 2012

25

26                                      _____
                                              DAVID O. CARTER
27                                        United States District Judge

28