1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
8         CENTRAL DISTRICT OF CALIFORNIA
9

10  JULES BUCKLEY,                    )  No. EDCV 09-928 DOC (FFM)
                                      )
11              Petitioner,           )
                                      )  JUDGMENT
12       v.                           )
                                      )
13  T. FELKER, Warden,                )
                                      )
14              Respondent.           )
                                      )
15  ─────────────────────────

16      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17  United States Magistrate Judge,
18      IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
20  DATED: March 29, 2012
21
22                                         _____
                                                    DAVID O. CARTER
23                                              United States District Judge
24
25
26
27
28